UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>            Plaintiff,<br><br>   v.<br><br>HAWKINS NEW YORK, LLC,<br><br>            Defendant. | Civil Action No. 1:22-cv-00054<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached an agreement in principle that will confidentially resolve the claims alleged in this case. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice:

Dated: May 20, 2022

*/s/ Lawrence H. Fisher*
Lawrence H. Fisher
Pa. No. 67667
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Tel. (412) 577-4040
lawfirst@lawrencefisher.com